IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JAN 0 9 2015

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | )     Case No. 5:13cr00025-8 |
| v. | ) |
| | ) |
| ASHTON GRACE KERN, | ) |
|      Defendant. | ) |
| | ) |
| | )     By:     Michael F. Urbanski |
| | )             United States District Judge |

## ORDER

The court referred this case to United States Magistrate Judge James G. Welsh for conduct

of a plea hearing and plea colloquy under Rule 11 of the Federal Rules of Criminal Procedure

pursuant to 28 U.S.C. § 636(b)(3). The magistrate judge filed a report and recommendation on

December 12, 2014, recommending that defendant's plea of guilty to Count One of the Third

Superseding Indictment be accepted. No objections were filed by either party to the report and

recommendation, and the court is of the opinion that the report and recommendation should be

adopted in its entirety. Accordingly, it is **ORDERED** that said report and the findings and

recommendation contained therein are hereby **ACCEPTED IN WHOLE**, defendant's plea of

guilty to Count 1of the Third Superseding Indictment and plea agreement are **ACCEPTED**, and

the defendant is adjudged **GUILTY** of Count 1 of the Indictment.

It is so **ORDERED**.

Entered: January ____9____, 2015

/s/ Michael F. Urbanski

Michael F. Urbanski
United States District Judge